UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE: : CHAPTER 11
  : CASE NO. 06-16350-BKC-PGH
ITG VEGAS, INC. et al., : (Jointly Administered)
         Debtors         / :

## APPOINTMENT OF CHAPTER 11 TRUSTEE
## AND SETTING OF BOND

Pursuant to the Order of this Court directing the United States Trustee to appoint a Chapter 11 Trustee, the United States Trustee hereby appoints the following person Chapter 11 Trustee:

Mark T. Calvert
35300 Center Street SE
Snoqualmie, WA 98065
206-909-3636

The bond is hereby fixed in each of the Jointly Administered cases in the amount of :

06-16350    ITG Vegas, Inc.
Five Million Dollars and 00/100 ($5,000,000.00);

06-16351    ITG Palm Beach, LLC
One Hundred Nineteen Thousand Dollars and 00/100 ($119,000.00);

06-16352    Cruise Holdings I, LLC
Twenty-five Thousand Dollars and 00/100 ($25,000.00);

06-16353    Cruise Holdings II, LLC
Twenty-five Thousand Dollars and 00/100 ($25,000.00);

06-16354    Royal Star Entertainment, LLC
Fifty-four Thousand Dollars and 00/100 ($54,000.00);

06-16355    Riviera Beach Entertainment, LLC
Twenty-five Thousand Dollars and 00/100 ($25,000.00);

06-16356    Orion Casino Corporation
Twenty-five Thousand Dollars and 00/100 ($25,000.00);

06-16357    International Thoroughbred Gaming Development Corporation
Twenty-five Thousand Dollars and 00/100 ($25,000.00);

06-16411    Palm Beach Maritime Corporation
Twenty-five Thousand Dollars and 00/100 ($25,000.00);

06-16412    Palm Beach Empress, Inc.
Twenty-five Thousand Dollars and 00/100 ($25,000.00);

06-16441    International Thoroughbred Breeders, Inc.
One Hundred Forty-six Thousand Dollars and 00/100 ($146,000.00).

    This appointment is made the 27th day of July, 2007.

               Felicia Turner
               United States Trustee
               Region 21

*/s/ Steven R. Turner*

Steven R. Turner
Assistant U.S. Trustee
51 S.W. 51st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285
(305) 536-7360 Fax